to resettle order granted to the extent that defendant should only pay the ten dollars costs and eight dollars and eight cents disbursements, and also disbursements legally incurred to sheriff. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Enjoining William J. Dreeland from Trafficking in Liquors Contrary to the Provisions of the Liquor Tax Law.— Motion for stay granted on condition that the appellant perfect his appeal, place the cause on the present calendar of this court and be ready for argument when reached, otherwise motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

J. L. Emil Schueler, Appellant, v. Mary Louise Dooley, Respondent.— Motion for reargument denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Joseph A. Walsh, an Attorney.— Application granted by default, respondent disbarred and his name stricken from the roll of attorneys. Present — Hirschberg, Burr, Thomas and Woodward, JJ.; Carr, J., not voting.

Stephen H. Farnham, as Administrator with the Will Annexed of Stephen H. Farnham, Deceased, Respondent, v. Thomas E. Clark and Theodore F. Miller, as Executors, etc., of Mary F. Farnham, Deceased, Appellants.— Interlocutory judgment affirmed, with costs, with leave to defendants to answer upon payment of costs within twenty days. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

H. Harvey Harwood, Appellant, v. Robert W. Gormly, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Matilda Hoffmann, Appellant, v. Lucile C. Bonert, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Anthony Tommasulo and Louis J. Tommasulo, as Executors, etc., of William Tommasulo, Deceased, and Caterina Tommasulo, Respondents, v. Leonardo Di Leo and Orsala Di Leo, Wife of Leonardo Di Leo, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Carrie A. Vincent, Appellant, v. John W. Vincent, Respondent.— We are of opinion that the plaintiff made out a case sufficient to warrant the allowance of a counsel fee of fifty dollars. The order is modified accordingly, and as so modified affirmed, without costs. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Hirschberg, J., voted for reversal.

George M. Cumming, Trustee, Plaintiff, v. Middletown, Unionville and Water Gap Railroad Company and Others, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Taxation under the Transfer Tax Law of the Estate of Abraham Abraham.— Motion granted, without costs, and case set down